STATE of Vermont v. Douglas J. KEHOE, No. 118-78

October 3, 1979. Motion to dismiss to be scheduled for hearing during the November session of the October Term, 1979.

TRI-STATE INDUSTRIAL LAUNDRIES, INC. v. R. Paul WICKES, No. 168-78

October 3, 1979. Progress to be made in thirty days or cause dismissed.

CALEDONIA SHERIFF'S DEPARTMENT v. Dr. William R. RASSMAN, No. 203-78

October 3, 1979. Progress to be made in sixty days or cause dismissed.

Robert Michael MONTGOMERY, by his Guardian Karen Montgomery, and Karen Montgomery v. Robert Warren WATTS, No. 216-78

October 3, 1979. Disposition in thirty days or cause dismissed.

Ralph J. GUILLETTE v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 270-78

October 3, 1979. Progress to be made in thirty days or cause dismissed.

Suzanne B. BACON, formerly Suzanne B. Harmon v. Peter A. HARMON, No. 276-78

October 3, 1979. Progress to be made in thirty days or cause dismissed.

Mose SUPRENANT d/b/a Suprenant's Garage v. Merrill GREEN, Sr., No. 286-78

October 3, 1979. Progress to be made in sixty days or cause dismissed.

Lloyd LaFRANCE, Sr. v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 287-78

October 3, 1979. Progress to be made in thirty days or cause dismissed.

STATE of Vermont v. Raymond H. SABIN, No. 289-78

October 3, 1979. Motion to dismiss to be scheduled for hearing during the November session of the October Term, 1979.